**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MATTEL, INC., <br><br>       Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br>       Defendants. | Case No. 24-cv-06944 |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff Mattel, Inc. ("Mattel" or "Plaintiff") hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1.     Names and Addresses of Litigants:

    Mattel, Inc.
    333 Continental Boulevard, TWR 15-1
    El Segundo, CA 90245

    The Partnerships and Unincorporated Associations Identified on Schedule "A"
    Addresses Unknown

2.     U.S. Registrations upon which suit has been brought include:

| Registration No. | Trademark |
|---|---|
| 0689055; 0741208; 0768331; 0768397; 0772298; 0810106; 0813733; 0814091; 0814995; 0816601; 0817200; 1000125; 1041587; 1300766; 1693139; 1746477; 1754535; 1769285; 1773571; 1775637; 1795564; 1795876; 1946918; 2040801; 2151953; 2410087; 2469935; 2495195; 2678386; 3287023; 6267201; 6267202; 6302628; 6324165; 6325496; 7157088 | BARBIE |

| | |
|---|---|
| 4720463 | BARBIE AND THE NUTCRACKER |
| 6719769 | BARBIE BIG CITY, BIG DREAMS |
| 3083593 | BARBIE COLLECTOR |
| 5602185; 5602186 | BARBIE DREAMHOUSE ADVENTURES |
| 5233292 | BARBIE DREAMTOPIA |
| 5441651 | BARBIE LIVE! IN THE DREAMHOUSE |
| 5371526 | BARBIE SIGNATURE |
| 726935; 780598; 3317103; 6595905 | KEN |
| 3210590 | BABY DOCTOR |
| 5449612 | BABYSITTERS INC. |
| 4412006 | BALLET WISHES |
| 4227182 | BEACH CRUISER |
| 3319393 | BFMC |
| 3494631 | BLACK LABEL |
| 6038017 | BMR1959 |
| 4071738 | CAREER OF THE YEAR |
| 2931614 | CHELSEA |
| 6686535 | CHELSEA CAN BE... |
| 6629906 | CHRISTIE |
| 5370938 | CLUB CHELSEA |
| 6097805 | COLOR REVEAL |
| 1461136 | COURTNEY |
| 5782681 | DOGGY DAYCARE |
| 6267675 | DREAM CLOSET |

| | |
|---|---|
| 1671877 | DREAM HOUSE |
| 5546538 | DREAMCAMPER |
| 6382383 | FASHION FUN FOR EVERYONE |
| 3702525 | FASHIONISTAS |
| 6647901 | FAST CAST CLINIC |
| 6267600 | FLIGHT OF FASHION |
| 6207164 | FRESH 'N' FUN |
| 4891547 | GLAM GETAWAY |
| 3024502 | GOLD LABEL |
| 1046919 | HAPPY BIRTHDAY |
| 6085856 | HOLIDAY BARBIE |
| 5613219 | INSPIRING WOMEN |
| 5618951 | MYTHICAL MUSE |
| 2261294 | NIKKI |
| 6383700 | PINK COLLECTION |
| 3189837 | PINK LABEL |
| 3093909 | PLATINUM LABEL |
| 6284544 | PRANCE & SHIMMER |
| 6207163 | PRINCESS ADVENTURE |
| 6442742 | RAINBOW MAGIC |
| 2968401 | RAQUELLE |
| 3060989 | SILKSTONE |
| 774892 | SKIPPER |
| 877712 | STACEY |

| | |
|---|---|
| 1567336 | STACIE |
| 1476090 | STEVEN |
| 3084790 | TAFFY |
| 1477905 | TERESA |
| 6229735 | TINY WISHES |
| 5689325 | TOTALLY HAIR |
| 6755261 | TRIBUTE COLLECTION |
| 4281537 | ULTIMATE CLOSET |
| 5836167 | ULTIMATE CURLS |
| 5214711 | YOU CAN BE ANYTHING |
| 3236501 | ZOO DOCTOR |
| 7408956 | |
| 2087842 | |
| 2150392 | |
| 2639971 | |

| | |
|---|---|
| 6290394 |  |
| 3493061; 3684469 | |

Dated this 7th day of August 2024.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Mattel, Inc.*