IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SHENZHEN BEELAN TECHNOLOGY CO., LTD., et al.,<br><br>    Defendants. | Case No. 24-cv-06944<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Mattel, Inc. ("Plaintiff") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Shenzhen Winbo Technology Co., Limited | 24 |
| Shenzhen Winbo Technology Co., Limited 2 | 25 |
| Taizhou Huangyan Moxin Plastic Products Firm | 31 |
| Taizhou Tenghua Industry& Trade Co., Ltd. | 32 |
| Yiwu Landu Jewelry Co., Ltd. | 59 |
| Yiwu Miss You Craft Co., Ltd. | 62 |
| Yiwu Misu Craft Co., Ltd. | 63 |

Dated this 21st day of November 2024.   Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Mattel, Inc.*