IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN BEELAN TECHNOLOGY CO., LTD., et al., <br><br> Defendants. | Case No. 24-cv-06944 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge M. David Weisman** |

## STATUS REPORT

Pursuant to Order [60], Plaintiff Mattel, Inc. ("Plaintiff"), submits the following status report.

On December 10, 2024, the Court entered a Final Judgment Order as to all remaining defendants, with the exception of Defendants Shenzhen Maiketeng Industrial Co., Ltd. (No. 14), Shenzhen Novecel Automation Equipment Technology Co., Ltd. (No. 17), and Shenzhen Yuwei Trading Co., Ltd. (No. 28). [61]. Plaintiff and Defendant Nos. 14, 17, and 28 have settled and Plaintiff anticipates filing a dismissal shortly, which will terminate this case.

Dated this 17th day of December 2024.   Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Justin T. Joseph
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiff Mattel, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically provide notice to all parties of record in this case.

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Justin T. Joseph
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jjoseph@gbc.law

*Counsel for Plaintiff Mattel, Inc.*